# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2019-0227, <u>State of New Hampshire v. Katherine M.J. McGregor</u>, the court on May 14, 2020, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Katherine M.J. McGregor, appeals her conviction, following a jury trial in Superior Court (<u>Wageling</u>, J.), for reckless conduct with a deadly weapon. <u>See</u> RSA 631:3 (Supp. 2019). She contends that the trial court erred by denying her motion for judgment notwithstanding the verdict because she alleges that the evidence was insufficient to establish: (1) the speed or distance traveled by her motor vehicle when she drove it toward the police officer, requiring him to jump out of the way; and (2) the nature of the injuries that the officer would have sustained had the defendant struck him with her vehicle.

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that she has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**